UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDRE JOHNSON (#375946)        CIVIL ACTION

VERSUS

HERMAN HOLMES        NO. 20-00122-BAJ-RLB

RULING AND ORDER

Plaintiff, an inmate confined at the Louisiana State Penitentiary (LSP), alleges that on March 22, 2020, Defendant Captain Herman Holmes, a LSP correctional officer, submitted a false disciplinary report against him to cover up an incident of excessive force committed by a LSP co-worker, Colonel Nicholas Sanders[1], which occurred on the same date. On this basis, Plaintiff alleges unlawful retaliation and various related claims against Defendant Holmes. (Doc. 5).

Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 36, the "R&R")**, recommending that Plaintiff's following claims be dismissed, with prejudice, for failure to state a claim upon which relief may be granted: (1) Plaintiff's claim for monetary damages against Defendant Holmes in his official capacity; (2) Plaintiff's claim for compensatory damages; and (3) Plaintiff's claim that the disciplinary proceedings resulting from the March 22 disciplinary report violated

---

[1] Colonel Sanders is not named as a Defendant in this action, but is the named Defendant in a separate case alleging excessive force arising from the same incident on March 22, 2020. *See Johnson v. Sanders*, No. 20-cv-00158-BAJ-SDJ (M.D. La.). Given the common subject matter, the Court will separately issue an order consolidating these two actions for all purposes.

his right to due process. (Doc. 36 at p. 8). The R&R further recommends that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims, to the extent any such claims exist (Plaintiff's *pro se* Amended Complaint does not specify any such claims). (*Id.*). Plaintiff objects to the R&R. (Doc. 37).

Upon de novo review, and having carefully considered the operative Amended Complaint and related filings, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff's following claims against Defendant Holmes be and are hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A: (1) Plaintiff's claim for monetary damages against Defendant Holmes in his official capacity; (2) Plaintiff's claim for compensatory damages; and (3) Plaintiff's claim that the disciplinary proceedings resulting from the March 22 disciplinary report violated his right to due process.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

**As a result of this Order, Plaintiff's only remaining claim for trial against Defendant Holmes is for retaliation, for which Plaintiff may recover nominal and/or punitive damages.**

Baton Rouge, Louisiana, this 7th day of March, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA