UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDRE JOHNSON                                             CIVIL ACTION

VERSUS

HERMAN HOLMES, ET AL.                          NO. 20-00122-BAJ-RLB

### VERDICT FORM

### INTERROGATORY NO. 1

Has Andre Johnson proven, by a preponderance of the evidence, that on March 22, 2019, Defendant Nicholas Sanders, while acting under the color of state law, used excessive force against him, in violation of the Eighth Amendment?

_____ Yes     __✓__ No

*(If you answered "YES" to Interrogatory No. 1, please proceed to Interrogatory No. 2. If you answered "NO" to Interrogatory No. 1, please STOP, sign and date the form below, and alert the Court Security Officer).*

### INTERROGATORY NO. 2

Based on the law, do you find that Defendant Nicholas Sanders unknowingly violated Andre Johnson's rights and as such, is entitled to qualified immunity?

_____ Yes     _____ No

*(If you answered "YES" to Interrogatory No. 2, please STOP, sign and date the form below, and alert the Court Security Officer. If you answered*

1

*"NO" to Interrogatory No. 2, please proceed to Interrogatory No. 3).*

## INTERROGATORY NO. 3

Do you find that Andre Johnson suffered any compensatory damages from Defendant Nicholas Sanders's violation of his Eighth Amendment rights?

_____ Yes   _____ No

*(If you answered "YES" to Interrogatory No. 3, please proceed to Interrogatory No. 4. If you answered "NO" to Interrogatory No. 3, please proceed to Interrogatory No. 5).*

## INTERROGATORY NO. 4

What amount of compensatory damages do you award to fairly and fully compensate Andre Johnson for the injury he suffered from the use of excessive force?

**COMPENSATORY DAMAGES AMOUNT: $_____**

*(If you awarded compensatory damages, please skip Interrogatory No. 5 and proceed to Interrogatory No. 6)*

## INTERROGATORY NO. 5

Do you award Andre Johnson nominal damages for Defendant Nicholas Sanders's violation of his Eighth Amendment rights? If so, what amount of nominal

damages? (Not to Exceed $500)

\_\_\_\_\_ Yes   \_\_\_\_\_ No

**NOMINAL DAMAGES AMOUNT: $_____**

*(Please proceed to Interrogatory No. 6)*

## INTERROGATORY NO. 6

Has Andre Johnson proved by clear and convincing evidence that on March 22, 2019, Defendant Nicholas Sanders acted with malice or with reckless indifference to the rights and/or safety of Plaintiff?

\_\_\_\_\_ Yes   \_\_\_\_\_ No

*(If you answered "YES" to Interrogatory No. 6, please proceed to Interrogatory No. 7. If you answered "NO" to Interrogatory No. 6, please STOP, sign and date the form, and alert the Courtroom Security Officer).*

## INTERROGATORY NO. 7

What amount of punitive damages do you find appropriate to achieve punishment and/or deterrence?

$_____

Date: _____.

*[Signature]* 12/10/24

FOREPERSON

3